IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE MICHAEL PHILLIPS, as the Administrator of the Estate of BRANT MICHAEL PHILLIPS, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 05-0029-P-L |
| FORD MOTOR COMPANY, a foreign corporation, and FICTITIOUS PARTY A, a resident defendant, | ) ) ) ) | |
| Defendants. | ) | |

ORDER OF DISMISSAL

In response to this court's October 6, 2005 Order *in re* Settlement, counsel for defendant Ford Motor Company, H. Lanier Brown, II, submitted a letter to the court dated October 21, 2005, with a copy of the RELEASE AND CONFIDENTIAL SETTLEMENT AGREEMENT signed by plaintiff Bruce Michael Phillips and his counsel R. Ben Hogan, III.  Mr. Brown's letter states that "the Settlement Agreement has been perfected... [and] the only outstanding item is the parties' continuing duty of confidentiality of the settlement."  Defendant requests that "the Court's final judgment of dismissal specifically retain jurisdiction to enforce the terms of the confidentiality... provision in an abundance of caution."

This court notes that the Joint Stipulation For Dismissal filed on October 4, 2005, was signed by counsel for both parties to this litigation, Mr. Hogan, and Mr. Brown (doc.49).

Accordingly, after consideration of the Joint Stipulation For Dismissal filed by the parties on

October 4, 2005 (doc.49), together with Mr. Brown's letter dated October 21, 2005, it is ORDERED that this action be and is hereby DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

    This court hereby retains jurisdiction to enforce the terms of the Confidentiality Agreement contained within the RELEASE AND CONFIDENTIAL SETTLEMENT AGREEMENT.

    DONE this 14th day of November, 2005.

    S/Virgil Pittman
    SENIOR UNITED STATES DISTRICT JUDGE