IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRUCE MICHAEL PHILLIPS, as the Administrator of the Estate of BRANT MICHAEL PHILLIPS, | ) ) ) ) | |
|     Plaintiff, | ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 05-0029-P-L |
| FORD MOTOR COMPANY, a foreign corporation, and FICTITIOUS PARTY A, a resident defendant, | ) ) ) ) | |
|     Defendants. | ) | |

JUDGMENT

In accordance with this court's Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action brought by plaintiff Bruce Michael Phillips against defendant Ford Motor Company, is hereby DISMISSED with prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure with this court retaining jurisdiction to enforce the terms of the Confidentiality Agreement contained within the RELEASE AND CONFIDENTIAL SETTLEMENT AGREEMENT. Each party to bear their own costs.

DONE this 14th day of November, 2005.

                                   S/Virgil Pittman
                                   SENIOR UNITED STATES DISTRICT JUDGE